1  Thorsten L. Arteaga (Bar No. 206812)
   LAW OFFICES OF THORSTEN ARTEAGA
2  540 Lennon Lane, Suite 700
   Walnut Creek, California 94598
3  Telephone:    925.822.3280
   TArteaga@ArteagaLawOffices.com
4
   Attorneys for Plaintiff
5  SEQUOIA INSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SEQUOIA INSURANCE COMPANY, a | Case No. C 13-01455 RMW
   | California corporation,
12 |                                              | **STIPULATION AND []**
   |                   Plaintiff,                 | **ORDER TO EXTEND TIME TO FILE AND**
13 |                                              | **SERVE MOTION AND CROSS-MOTIONS**
   |         v.                                   | **FOR SUMMARY JUDGMENT**
14 |
   | EVANSTON INSURANCE COMPANY,
15 | an Illinois corporation,
16 |                  Defendant.

17

18

19     Plaintiff Sequoia Insurance Company ("Sequoia") and Defendant Evanston Insurance

20  Company ("Evanston"), by and through their respective counsel of record, hereby stipulate as

21  follows:

22     WHEREAS, the cross-motions for summary judgment by Sequoia and Evanston are

23  currently set for hearing on January 31, 2014 at 9:00 a.m.;

24     WHEREAS, the parties' respective cross-motions for summary judgment are currently

25  due to be filed and served on November 15, 2013, per a prior stipulation by the parties filed with

26
    the Court;
27

28  ///

---

WHEREAS, the parties' respective oppositions on the cross-motions for summary judgment are currently due to be filed and served on December 16, 2013, per a prior stipulation by the parties filed with the Court;

WHEREAS, the parties' respective replies on the cross-motions for summary judgment are currently due to be filed and served on January 10, 2014, per the Proposed Order Re: Case Management and Discovery Plan filed with the Court;

WHEREAS, the parties seek to extend the date for filing and service of the cross-motions for summary judgment only;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The parties' respective cross-motions for summary judgment shall now be filed and served on November 20, 2013;

2. The date for filing and serving oppositions (December 16, 2013), the date for filing and serving replies (January 10, 2014), and the hearing date for the cross-motions for summary judgment (January 31, 2014) are unchanged.

DATED: November 15, 2013          LAW OFFICES OF THORSTEN ARTEAGA

                                  BY: /s/ Thorsten L. Arteaga
                                      Thorsten L. Arteaga (Bar No. 206812)
                                      Attorneys for Plaintiff
                                      Sequoia Insurance Company

DATED: November 15, 2013          TRAUB LIEBERMAN STRAUS &
                                  SHREWSBERRY LLP

                                  BY: /s/ Kevin McNamara
                                      Kevin McNamara (Bar No. 180690)
                                      Attorneys for Defendant
                                      Evanston Insurance Company

STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE MOTION AND CROSS-MOTIONS FOR SUMMARY JUDGMENT

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
   Dated: \_\_\_\_FF\_\_J\_\_\_\_, 2013        _____
5
                                           The Honorable Ronald M. Whyte
6                                          U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE MOTION AND
CROSS-MOTIONS FOR SUMMARY JUDGMENT