1  Thorsten L. Arteaga (Bar No. 206812)
   LAW OFFICES OF THORSTEN ARTEAGA
2  540 Lennon Lane, Suite 700
   Walnut Creek, California 94598
3  Telephone:   925.822.3280
   TArteaga@ArteagaLawOffices.com
4
   Attorneys for Plaintiff
5  SEQUOIA INSURANCE COMPANY

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | SEQUOIA INSURANCE COMPANY, a California corporation, | Case No.  C 13-01455 RMW |
|---|---|---|
| 12 | | **STIPULATION AND []** |
| 13 | Plaintiff, | **ORDER TO EXTEND TIME TO FILE AND SERVE MOTION AND CROSS-MOTIONS** |
| 14 | v. | **FOR SUMMARY JUDGMENT** |
| 15 | EVANSTON INSURANCE COMPANY, an Illinois corporation, | |
| 16 | Defendant. | |

17

18

19     Plaintiff Sequoia Insurance Company ("Sequoia") and Defendant Evanston Insurance

20  Company ("Evanston"), by and through their respective counsel of record, hereby stipulate as

21  follows:

22     WHEREAS, the cross-motions for summary judgment by Sequoia and Evanston are

23  currently set for hearing on January 31, 2014 at 9:00 a.m.;

24     WHEREAS, the parties' respective cross-motions for summary judgment are currently

25  due to be filed and served on November 15, 2013, per a prior stipulation by the parties filed with

26  the Court;

27

28  ///

WHEREAS, the parties' respective oppositions on the cross-motions for summary judgment are currently due to be filed and served on December 16, 2013, per a prior stipulation by the parties filed with the Court;

WHEREAS, the parties' respective replies on the cross-motions for summary judgment are currently due to be filed and served on January 10, 2014, per the Proposed Order Re: Case Management and Discovery Plan filed with the Court;

WHEREAS, the parties seek to extend the date for filing and service of the cross-motions for summary judgment only;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The parties' respective cross-motions for summary judgment shall now be filed and served on November 20, 2013;

2. The date for filing and serving oppositions (December 16, 2013), the date for filing and serving replies (January 10, 2014), and the hearing date for the cross-motions for summary judgment (January 31, 2014) are unchanged.

DATED: November 15, 2013        LAW OFFICES OF THORSTEN ARTEAGA

                                BY: /s/ Thorsten L. Arteaga
                                    Thorsten L. Arteaga (Bar No. 206812)
                                    Attorneys for Plaintiff
                                    Sequoia Insurance Company

DATED: November 15, 2013        TRAUB LIEBERMAN STRAUS &
                                SHREWSBERRY LLP

                                BY: /s/ Kevin McNamara
                                    Kevin McNamara (Bar No. 180690)
                                    Attorneys for Defendant
                                    Evanston Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2013         _____
                                      The Honorable Ronald M. Whyte
                                      U.S. DISTRICT COURT JUDGE