| | |
|---|---|
| 1 | Kevin P. McNamara, Esq., SBN 180690 |
| 2 | kmcnamara@traublieberman.com |
|   | **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP** |
| 3 | 626 Wilshire Boulevard, Suite 800 |
| 4 | Los Angeles, CA 90017 |
|   | Telephone: (213) 624-4500 |
| 5 | Facsimile: (213) 624-0820 |
| 6 | Attorneys for Defendant, |
| 7 | EVANSTON INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEQUOIA INSURANCE COMPANY, a California corporation, | ) ) ) | Case No.: 5:13-CV-1455 RMW |
| Plaintiff, | ) ) ) | **STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE OPPOSITION PAPERS (ONLY) ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | ) ) | |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

Plaintiff Sequoia Insurance Company ("Sequoia") and Defendant Evanston Insurance Company ("Evanston"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the cross-motions for summary judgment by Sequoia and Evanston are currently set for hearing on January 31, 2014 at 9:00 a.m.;

WHEREAS, the parties' respective cross-motions for summary judgment were filed and served on November 20, 2013;

WHEREAS, the parties' respective oppositions on the cross-motions for summary judgment are currently due to be filed and served on December 23, 2013;

///

1

STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE OPPOSITION
PAPERS (ONLY) ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

WHEREAS, the parties' respective replies on the cross-motions for summary judgment are currently due to be filed and served on January 10, 2014;

WHEREAS, the parties seek to extend the date for filing and service of the oppositions to the cross-motions for summary judgment, only;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The parties' respective oppositions to the cross-motions for summary judgment shall now be filed and served on December 26, 2013;

3. The date for filing and serving replies, and the hearing date for the cross-motions for summary judgment remain unchanged.

DATED: December 20, 2013         LAW OFFICES OF THORSTEN ARTEAGA

                                 BY:   /s/ Thorsten L. Arteaga
                                       Thorsten L. Arteaga (Bar No. 206812)
                                       Attorneys for Plaintiff
                                       Sequoia Insurance Company

DATED: December 20, 2013         TRAUB LIEBERMAN STRAUS &
                                 SHREWSBERRY LLP

                                 BY:   /s/ Kevin P. McNamara
                                       Kevin P. McNamara (Bar No. 180690)
                                       Attorneys for Defendant
                                       Evanston Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2013

*Ronald M. Whyte* (signature)
The Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

2

STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE OPPOSITION
PAPERS (ONLY) ON CROSS-MOTIONS FOR SUMMARY JUDGMENT