Kevin P. McNamara, Esq., SBN 180690
kmcnamara@traublieberman.com
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
626 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (213) 624-4500
Facsimile: (213) 624-0820

Attorneys for Defendant,
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA INSURANCE COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>            Defendant. | Case No.: 5:13-CV-1455 RMW<br><br>**STIPULATION AND []  ORDER TO EXTEND TIME TO FILE AND SERVE OPPOSITION PAPERS (ONLY) ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff Sequoia Insurance Company ("Sequoia") and Defendant Evanston Insurance Company ("Evanston"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the cross-motions for summary judgment by Sequoia and Evanston are currently set for hearing on January 31, 2014 at 9:00 a.m.;

WHEREAS, the parties' respective cross-motions for summary judgment were filed and served on November 20, 2013;

WHEREAS, the parties' respective oppositions on the cross-motions for summary judgment are currently due to be filed and served on December 23, 2013;

///

1

1  WHEREAS, the parties' respective replies on the cross-motions for summary judgment
2  are currently due to be filed and served on January 10, 2014;
3  WHEREAS, the parties seek to extend the date for filing and service of the oppositions
4  to the cross-motions for summary judgment, only;
5  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
6  through their respective counsel, that:
7  1. The parties' respective oppositions to the cross-motions for summary judgment
8  shall now be filed and served on December 26, 2013;
9  3. The date for filing and serving replies, and the hearing date for the cross-
10 motions for summary judgment remain unchanged.

DATED:  December 20, 2013          LAW OFFICES OF THORSTEN ARTEAGA

                                   BY:   /s/ Thorsten L. Arteaga
                                         Thorsten L. Arteaga (Bar No. 206812)
                                         Attorneys for Plaintiff
                                         Sequoia Insurance Company

DATED:  December 20, 2013          TRAUB LIEBERMAN STRAUS &
                                   SHREWSBERRY LLP

                                   BY:   /s/ Kevin P. McNamara
                                         Kevin P. McNamara (Bar No. 180690)
                                         Attorneys for Defendant
                                         Evanston Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____, 2013

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

2

STIPULATION AND [] ORDER TO EXTEND TIME TO FILE AND SERVE OPPOSITION
PAPERS (ONLY) ON CROSS-MOTIONS FOR SUMMARY JUDGMENT